<strong>UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF MASSACHUSETTS</strong>

```
*****************************)
ROBERT CHASE,               )
         Plaintiff          )
                            )     Civil Action No.: 05-11739-JLT
v.                          )
                            )
QUINN FISHERIES, INC.       )
         Defendant.         )
*****************************
```

<strong><u>NOTICE OF APPEARANCE</u></strong>

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, Quinn Fisheries, Inc., in the above entitled action.

> QUINN FISHERIES, INC.
> By its attorneys,
>
> /s/ Robert J. Murphy
> Robert J. Murphy, BBO No. 557659
> HOLBROOK & MURPHY
> 150 Federal Street, 12th Floor
> Boston, MA 02110
> (617) 428-1151
> holbrook_murphy@msn.com

<strong><u>Certificate of Service</u></strong>

I hereby certify that on September 14, 2005, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Carolyn M. Latti and David F. Anderson, Latti & Anderson, LLP, 30-31 Union Wharf, Boston, MA  02109.

> /s/ Robert J. Murphy
> Robert J. Murphy, BBO# 557659
> HOLBROOK & MURPHY
> 150 Federal Street, 12th Floor
> Boston, MA 02110
> (617) 428-1151
> holbrook_murphy@msn.com