⊛AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

ROBERT CHASE

**SUMMONS IN A CIVIL ACTION**

V.

QUINN FISHERIES, INC.

CASE NUMBER:

## 05 - 11739 JLT

TO: (Name and address of Defendant)

    QUINN FISHSERIES, INC.
    14 HERVEY TICHON AVENUE
    NEW BEDFORD, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    CAROLYN M. LATTI
    DAVID F. ANDERSON
    LATTI & ANDERSON LLP
    30-31 UNION WHARF
    BOSTON, MA 02109
    (617) 523-1000

an answer to the complaint which is served on you with this summons, within   **TWENTY**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

AUG 23 2005

CLERK                                                      DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 2-6631

Bristol, ss.

September 14, 2005

I hereby certify and return that on 9/9/2005 at 01:44 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner. To wit, by delivering in hand to Charlie Conley, agent, person in charge at the time of service for Quinn Fisheries, Inc., 11 Harvey Tichon Avenue, New Bedford, MA. Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

Deputy Sheriff Michael P. Young

_____
Deputy Sheriff