UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************)
ROBERT CHASE,                )
        Plaintiff            )
                             )    Civil Action No.: 05-11739-JLT
v.                           )
                             )
QUINN FISHERIES, INC.        )
        Defendant.           )
*****************************
```

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective October 1, 2005, counsel for the Defendant, Quinn Fisheries, Inc., will be located at a new address. The new address will be:

Robert J. Murphy
Holbrook & Murphy
15 Broad Street
Boston, MA  02109
Telephone  617-428-1151
Facsimile  617-523-7379

Respectfully submitted,

    /s/ Robert J. Murphy
Robert J. Murphy, BBO No. 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

## Certificate of Service

      I hereby certify that on September 27, 2005, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Carolyn M. Latti and David F. Anderson, Latti & Anderson, LLP, 30-31 Union Wharf, Boston, MA  02109.

                                   /s/ Robert J. Murphy  
                              Robert J. Murphy, BBO# 557659  
                              HOLBROOK & MURPHY  
                              150 Federal Street, 12th Floor  
                              Boston, MA 02110  
                              (617) 428-1151  
                              holbrook_murphy@msn.com