UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CHASE,<br>      Plaintiff<br><br>V.<br><br>QUINN FISHERIES, INC.,<br>      Defendant | Civil Action<br><br>No. 05-11739-JLT |

### AFFIDAVIT

I, Robert Chase, hereby depose and state as follows:

1.   I have discussed with my attorneys the probable budget for the costs of conducting the full course - and various alternative courses - of the litigation.

2.   I have discussed with my attorney potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 28 DAY OF February, 2006.

_Robert W Chase_
Robert Chase

Respectfully submitted for the
the Plaintiff, ROBERT CHASE,
by his attorney,

_Carolyn M. Latti_
Carolyn M. Latti, BBO 567394
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 3-2-04

1