UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT CHASE,

        Plaintiff,

v.                                 Civil Action No. 05-11739-JLT

QUINN FISHERIES, INC.,

        Defendant.

ORDER

March 9, 2006

TAURO, J.

After a Conference held on March 9, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Quinn Fisheries, Inc. pursuant to Rule 30(b)(6);

2. Defendant may depose the following: (1) Robert Chase;

3. All abovementioned depositions must be completed by May 9, 2006;

4. No further discovery will be permitted without leave of this court; and

5. A Further Conference will be held on May 24, 2006.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                              United States District Judge