UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT CHASE,<br>    Plaintiff<br><br>V.<br><br>QUINN FISHERIES, INC.,<br>    Defendant | )<br>)<br>)<br>)    Civil Action<br>)<br>)    No. 05-11739-JLT<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LIST OF PEOPLE TO DEPOSE

Now comes the Plaintiff in the above-captioned matter, by and through counsel, submits Plaintiff's List of People to Depose:

1. 30(b)(6)

2. Capt. Tom Quinton

3. Bob Dunn

4. Jeff Roberts

5. Justin Lawrence

6. Martin Kisz

7. experts of Defendant

          Respectfully submitted for the
the Plaintiff, ROBERT CHASE,
by his attorneys,

/s/ Carolyn M. Latti
David F. Anderson
BBO #560994
Carolyn M. Latti
BBO # 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: March 8, 2006