UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT CHASE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11739-JLT |
| | * | |
| QUINN FISHERIES, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

May 24, 2006

TAURO, J.

After a Conference held on May 24, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Quinn Fisheries, Inc., pursuant to Rule 30(b)(6); (2) Captain Tom Quinton; and (3) Jeff Roberts;

2. Defendant may depose the following: (1) Bernadette Chase; (2) Brandon Chase; (3) Bob Dunn; (4) Justin Lawrence; and (5) Martin Kisz;

3. The abovementioned depositions must be completed by August 31, 2006;

4. Plaintiff has until August 31, 2006 to designate his experts and to file expert disclosures;

5. Defendant has until September 29, 2006 to designate its experts and to file expert disclosures;

6. No additional expert discovery is permitted without leave of court; and

7.      A Pretrial Conference is scheduled for October 3, 2006, at 10:00 a.m.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                    United States District Judge

Case 1:05-cv-11739-JLT    Document 12    Filed 05/24/2006    Page 2 of 2