UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERT CHASE,**
     **Plaintiff,**


          V                    CA 05-11739-JLT

**QUINN FIHERIES, INC.,**
     **Defendant.**


## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on August 31, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                        Zita Lovett
                                           /s/
                                        _____
                                        **Deputy Clerk**

**August 31, 2006.**